ANGELINE GILLIS, Respondent, v. EDWARD D. TITUS and Others, Impleaded with ELOF T. JOHNSTON and Another, Appellants.— Judgment affirmed, with costs. All concurred.

SZYMON RZUCIDIO, Respondent, v. BUFFALO CAR WHEEL FOUNDRY COMPANY and Another, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. All concurred.

WILLIAM CHERNOFF, an Infant, by MAX CHERNOFF, His Guardian ad Litem, Appellant, v. CAROLINE CHERNOFF, an Infant, by MARY SILVER, Her Guardian ad Litem, Respondent.— Judgment affirmed, without costs. All concurred.

KNIGHT COMMANDER LIGHTING COMPANY, Respondent, v. EDWARD W. GERWIG, Appellant.— Judgment and order affirmed, with costs. All concurred.

ASSETS REALIZATION COMPANY, Respondent, v. WILLIAM P. SCHAMBER, Appellant, Impleaded with Another.— Judgment affirmed, with costs. All concurred.

HELEN BOYD, an Infant, by THOMAS BOYD, Her Guardian ad Litem, Respondent, v. AMERICAN OIL AND LUBRICANT WORKS, Appellant.— Judgment and order affirmed, with costs. All concurred.

MARY BOYD, an Infant, by THOMAS BOYD, Her Guardian ad Litem, Respondent, v. AMERICAN OIL AND LUBRICANT WORKS, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOHN F. PURCELL, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that the record upon this appeal, as did the one upon the former appeal [See 179 App. Div. 956], shows that Huber, at the time of the accident, was loaned by the defendant to the trucking company and was in the employ of the latter rather than of the former, and that for such reason the verdict as to the negligence of the defendant is without evidence to support it. All concurred.

ROBERT D. PAYNE, Respondent, v. LAUTZ BROS. & Co., Appellant.— Judgment affirmed, with costs. All concurred.

MONTFORD C. HOLLEY, Respondent, v. A. W. HAILE MOTOR COMPANY and Another, Appellants.— Judgment and order reversed and new trial granted, with costs to appellants to abide event. Held, that the evidence offered to show that the cars which were bought on a conditional sales contract should have been received. All concurred, except Hubbs, J., who dissented; Lambert, J., not sitting.

ISABELLE E. SHAYS, Respondent, v. CITY OF SYRACUSE and Others, Appellants.— Judgment and orders affirmed, with costs. All concurred.

GEORGE O. MANWARING, Respondent, v. HENDRICK S. HOLDEN and Another, as Receivers, etc., Appellants.— Judgment affirmed, with costs. All concurred.

MARY McNAMARA, Respondent, v. TOWN OF ANNSVILLE, Appellant.— Judgment and order affirmed, with costs. All concurred.